# 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉.

## ADOLPHUS REA V. COMMONWEALTH.

January 18, 1923.

1. EXCEPTIONS, BILL OF—*Signature by Judge—Record Must Show Affirmatively that Exceptions were Signed within Sixty Days from Judgment.*—A writ of error will be dismissed where it does not affirmatively appear from the record that the bills of exceptions were signed by the judge of the trial court within sixty days from the date of the final judgment.

2. ASSIGNMENT OF ERRORS—*General Assignment—Error in Giving or Refusing Instructions.*—A general assignment of error touching the action of the court in the giving or refusal of instructions, without pointing out the specific errors complained of, does not amount to any assignment of error at all.

Error to a judgment of the Circuit Court of Patrick county.

*Writ of error dismissed.*

The opinion states the case.

*W. L. Joyce, Hooker & Hooker*, and *R. Paul Sanford*, for the plaintiff in error.

*John R. Saunders, Attorney-General, J. D. Hank, Jr., Assistant Attorney-General*, and *Leon M. Bazile, Second Assistant Attorney-General*, for the Commonwealth.

. PRENTIS, J., delivered the opinion of the court.

[1, 2] The Attorney-General has moved to dismiss the writ of error in this case upon the ground that it does not affirmatively appear from the record that the bills

of exceptions were signed by the judge of the trial court within sixty days from the date of the final judgment as prescribed by law.   This motion is sustained, as the record before us shows that the fact suggested is true. *Kelly* v. *Trehy*, 133 Va. 160, 112 S. E. 757; *James* v. *Commonwealth*, 133 Va. 723, 112 S. E. 761.

We observe further from the record which is relied upon that the assignments of error are insufficient. *Puckett* v. *Commonwealth*, 134 Va. 574, 113 S. E. 853; and the conviction of voluntary manslaughter is amply sustained by the evidence certified.

*Writ dismissed.*